UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2024
```

SIMPLEFUEL DMCC,

                Plaintiff,

-against-

PRESENTLY UNKNOWN DEFENDANT A,
PRESENTLY UNKNOWN DEFENDANT B,
and PRESENTLY UNKNOWN
DEFENDANT C

                Defendants.

Case No: 24-cv-1149 (VM)

**ORDER ADJOURNING HEARING ON APPLICATION FOR ORDER OF ATTACHMENT AND DIRECTING NOTICE TO ACCOUNT HOLDERS**

 

**WHEREAS** a hearing was scheduled on March 1, 2024, at 2:00 pm on the Order to Show Cause for Order of Attachment and Temporary Restraining Order (Dkt No. 10 [hereinafter "Order to Show Cause"]); and

**WHEREAS** the Order to Show Cause was served on JPMorgan Chase Bank, N.A. on February 20, 2024 (Dkt No. 15); but

**WHEREAS** the account owners have not yet been notified of the Order to Show Cause; now

    **IT IS, THEREFORE, ORDERED THAT**

1. The hearing on the Order to Show Cause is hereby adjourned to March 8, 2024, at 10:00 am before this Court, 500 Pearl Street, Courtroom 15B, New York, NY, and

2. JPMorgan Chase Bank, N.A. is directed to provide a copy of the papers served upon it in this matter on February 20 and also a copy of this Order to the account owners on or before March 6, 2024.

Dated: 2 March 2024

_____
Victor Marrero
U.S.D.J.

170546.06501/134667570v.1