UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2024
```

SIMPLEFUEL DMCC,

                       Plaintiff,

-against-

PRESENTLY UNKNOWN DEFENDANT A,
PRESENTLY UNKNOWN DEFENDANT B,
AND PRESENTLY UNKNOWN
DEFENDANT C,

                       Defendants.

Case No: 24-cv-1149 (VM)

**ORDER ADJOURNING HEARING ON APPLICATION FOR ORDER OF ATTACHMENT AND DIRECTING NOTICE TO ACCOUNT HOLDERS**

    **WHEREAS** a hearing on the Order to Show Cause for Order of Attachment and Temporary Restraining Order ("Order of Attachment and TRO," Dkt. No. 10) was originally scheduled for March 1, 2024; and

    **WHEREAS** said hearing was subsequently adjourned to March 8, 2024, at 10:00 a.m.; and

    **WHEREAS** it appears to the Court that garnishee bank, JPMorgan Chase Bank, N.A., required additional time to notify its account holder of the proceedings in this matter;

    **IT IS, THEREFORE, ORDERED THAT**

1. The hearing on the Order of Attachment and TRO is hereby adjourned to April 5, 2024, at 2:00 p.m. before this Court, 500 Pearl Street, Courtroom 15B, New York, NY, and

2. JPMorgan Chase Bank, N.A. is directed to promptly provide a copy of this Order to the owners of the account that is the subject of this action, but in any event to provide such notice no later than March 15, 2024, and

3. Plaintiff, SimpleFuel DMCC, shall provide a letter to this Court by April 2, 2024, updating the Court on the status of this matter, and

4. The Order of Attachment and TRO (Dkt. No. 10) will remain in effect through the hearing on April 5, 2024, and until such time as the Court may order otherwise, and

5. If any party to this action considers that it requires a hearing on this matter before the currently scheduled date, they shall so notify the Court by letter, setting forth the grounds for requesting expedited relief.

Dated: 8 March 2024

ENTERED,

_____
Victor Marrero
U.S.D.J.

170546.06501/134726361v.1