UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024
```

---

SIMPLEFUEL DMCC,

                          Plaintiff,

-against-

PRESENTLY UNKNOWN DEFENDANT A,
PRESENTLY UNKNOWN DEFENDANT B,
AND PRESENTLY UNKNOWN
DEFENDANT C,

                          Defendants.

---

Case No: 24-cv-1149 (VM)

**ORDER ADJOURNING SINE DIE
HEARING ON APPLICATION FOR
ORDER OF ATTACHMENT**

**WHEREAS** a hearing on the Order to Show Cause for Order of Attachment and Temporary Restraining Order ("Order of Attachment and TRO," Dkt. No. 10) was originally scheduled for March 1, 2024; and

**WHEREAS** said hearing was subsequently adjourned to March 8, 2024, at 10:00 a.m.; and

**WHEREAS** said hearing was subsequently adjourned to April 5, 2024, at 2:00 p.m.; and

**WHEREAS** it appears to the Court that Plaintiff SimpleFuel DMCC requires additional time to conduct discovery relevant to the application for an order of attachment;

**IT IS, THEREFORE, ORDERED THAT**

1. The hearing on the Order of Attachment and TRO is hereby adjourned *sine die*; and

2. The Order of Attachment and TRO (Dkt. No. 10) will remain in effect pending the discovery contemplated and until such time as the Court may order otherwise; and

3. Plaintiff SimpleFuel DMCC shall provide a letter to this Court within one week of completion of the discovery contemplated, updating the Court on the status of this matter.

Dated: 4 April 2024

ENTERED,

Victor Marrero
U.S.D.J.