BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Thomas H. Belknap, Jr.
Neil McMillan
(212) 885-5000
thomas.belknap@blankrome.com
neil.mcmillan@blankrome.com

*Attorneys for Plaintiff SimpleFuel DMCC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMPLEFUEL DMCC,<br><br>            Plaintiff,<br><br>-against-<br><br>PRESENTLY UNKNOWN DEFENDANT A,<br>PRESENTLY UNKNOWN DEFENDANT B,<br>AND PRESENTLY UNKNOWN<br>DEFENDANT C,<br><br>            Defendants. | Case No: 1:24-cv-01149-VM<br><br>**ORDER VACATING<br>TEMPORARY RESTRAINING ORDER<br>AND RETURNING SECURITY** |

**UPON CONSIDERATION** of the foregoing motion to vacate this Court's Temporary Restraining Order, dated February 16, 2024, and requesting the return of security posted by plaintiff, SimpleFuel DMCC, and there being no opposition thereto:

**IT IS HEREBY ORDERED** that the Court's Order dated February 16, 2024 (Dkt. 10), including its temporary restraining order restraining and prohibiting the transfer or payment of any assets or property or any debt in which the defendants has an interest in the amount of $1,183,518.00 is vacated in its entirety;

**IT IS FURTHER ORDERED** that Simple Fuel DMCC shall serve or provide other

prompt notice of this Order upon all garnishees served with this Order;

**IT IS FURTHER ORDERED** that the Clerk of Court shall return the security deposited by SimpleFuel DMCC in the Registry of the Court in the amount of $5,000.00 plus any interest accrued thereon, less any applicable fees and costs, to counsel for SimpleFuel DMCC.

New York, New York, this 23 day of May, 2024.

_____
Victor Marrero
U.S.D.J.